JOHN W. HARWAY, Appellant, *v.* CHRISTOPHER I. LOTT, Respondent.

(Submitted March 3, 1880 ; decided March 9, 1880.)

*James K. Hill* for appellant.

*D. P. Barnard* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.